UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD C., | ) | No. ED CV 22-786-DOC (PLA) |
| Plaintiff, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Magistrate Judge's Report and Recommendation, plaintiff's Objections to the Report and Recommendation, and defendant's Response to the Objections. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The decision of the ALJ is affirmed and plaintiff's Complaint is dismissed with prejudice.

3. Judgment shall be entered consistent with this Order.

4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: January 26, 2023

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE